

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00677-CR

Mark P. **HOWERTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-2399
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 23, 2025.

Lori Massey Brissette, Justice